The People of the State of New York, Respondent, 
against
Jonathan Perez, Defendant-Appellant.



Defendant appeals from the judgment of the Criminal Court of the City of New York, Bronx County (Marc J. Whiten, J.), rendered June 1, 2016, convicting him, upon his plea of guilty, of aggravated unlicensed operation of a motor vehicle in the second degree, and sentencing him to three years of probation and a fine of $750.




Per Curiam.
Judgment of conviction (Marc J. Whiten, J.) rendered, June 1, 2016, affirmed.
On this record, we are unpersuaded that the bargained-for sentence imposed, a $750.00 fine and three years of probation, was unduly harsh or severe and find no extraordinary circumstances warranting a reduction of the sentence in the interest of justice (see People v Fair, 33 AD3d 558, 558 [2006], lv denied 8 NY3d 945 [2007]). The defendant was sentenced in accordance with his bargained-for plea and should not now "be heard to complain that he received what he bargained for" (id. at 558, quoting People v Chambers, 123 AD2d 270, 270 [1986]). Although defendant claims that he is indigent, he never sought relief from the fine by way of a CPL 420.10(5) motion for re-sentencing (see People v Toledo, 101 AD3d 571 [2012], lv denied 21 NY3d 947 [2013]). Our disposition is without prejudice to such a motion being made by defendant.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: June 14, 2017